# WARRANT FOR ARREST

D-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: 06-248 | MAGIS. NO: |
| SEALED v. JORGE RICARDO BARDALES BOURDET, et. al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Erik Donaire Constanza Bran #2 | |
| DOB:      PDID: | FILED SEP 28 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| | CITY | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CONSPIRACY TO IMPORT FIVE KILOGRAMS OR MORE OF COCAINE INTO THE UNITED STATES;

AIDING AND ABETTING;

ASSET FORFEITURE

Count 2 and Asset Forfeiture

| | UNITED STATES CODE TITLE & SECTION: |
|---|---|
| IN VIOLATION OF: | 21:960 and 963; 18:2; and 21:853 and 970 |

| BAIL FIXED BY COURT: **HWOB** | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: **MAGISTRATE JUDGE KAY** | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE ALAN KAY | DATE ISSUED: August 17, 2006 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 8/17/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8/14/06 | NAME AND TITLE OF ARRESTING OFFICER: Stephenie Owens, Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER: Steph Kley |
|---|---|---|
| HIDTA  Yes  No X | | OCDETF CASE: Yes  No X |
| CASE: | | |