UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 06-248** |
| v. | |
| **JORGE RICARDO BARDALES BOURDET**<br>    a/k/a Jota, | **JUDGE BATES** |
| **ERIK DONAIRE CONSTANZA BRAN,** | |
| **EDGAR ANTONIO CHIU SERRANO,** | |
| **JUAN DANIEL DEL CID MORALES**<br>    a/k/a Ovidio Fajardo Aladana, | |
| **JUAN DOE**<br>    a/k/a Edwin Renee Sapon Ruiz | |
|        **Defendants** | |

**ORDER**

The United States has moved, pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161, to exclude periods of delay in computing the time within which the trial of the defendants must commence. Specifically, the government has moved to (1) exclude all time until the last co-defendant in this case is extradited to the United States, 18 U.S.C. Section 3161(h)(7), (2) exclude time relating to a continuance of the trial date in the interests of justice because of the complexity of the case, 18 U.S.C. Section 3161(h)(8)(A), and (3) exclude time under the Speedy Trial Act while the government formally requests evidence from a foreign country, pursuant to 18

U.S.C. 3161(h)(9).

For good cause shown, the Court finds that this case is complex, that the ends of justice justify a continuance of the trial, and that such a continuance outweighs the best interest of the public and the defendant in a speedy trial. Further, the Court also finds that a continuance is warranted while the government formally requests evidence from a foreign country. And, although the remaining defendants may not soon or ever be brought to the United States to stand trial, the Court also finds that a continuance is warranted to allow the United States an opportunity to bring the remaining defendants to the United States.

Accordingly, the trial in this matter is to be continued for six months and that time shall be excluded in computing the time within which the trial of these defendants must commence. The Court will set a status conference for January 2007.

SO ORDERED.

_____

Judge, United States District Court