**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


| | |
|---|---|
| **UNITED STATES OF AMERICA,**    ) | |
| ) | |
| **v.**    ) | |
| ) | **Cr. No. 06-248 (JDB)** |
| **ERIK DONAIRE CONSTANZA BRAN,**  ) | |
| ) | |
| **Defendant.**    ) | |
| ) | |

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender

specified below.  Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

CARLOS J. VANEGAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500