UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ERIC DONAIRE CONSTANZA-BRAN ) | Criminal No.: 06-248(JDB) |

**DEFENDANT'S MOTION FOR LEAVE TO LATE FILE HIS MOTION
TO SUPPRESS STATEMENTS AND MOTION TO JOIN AND ADOPT
DEFENDANT'S DEL CID MORALES' MOTION FOR A BILL OF PARTICULARS**

Defendant, Eric Constanza-Bran, through undersigned counsel, respectfully moves the Court to grant his Motion to Late File his Motion to Suppress Statements and Motion to Join and Adopt Co-Defendant's Juan Del Cid Morales' Motion for a Bill of Particulars.

As grounds for this Motion undersigned states:

1. On November 6, 2006 the parties appeared before the Court for a Status Conference. During the hearing the Court scheduled January 5, 2007 as the deadline for the submission of the defendants pre-trial motions.

2. Undersigned counsel was unable to meet the Court's deadline on account of work relating to another client's sentencing which involved extensive research and travel to his place of detention in Orange, Virginia. Undersigned counsel also traveled to California for the Christmas holiday to visit family. As a result of the family and work considerations undersigned counsel lost track of the motions deadline. Co-counsel, Ms. Danielle Jahn has been very busy in preparing for a trial that is scheduled to start on Monday, January 8, 2007 before Judge Richard W. Roberts.

1

Accordingly, undersigned counsel is solely responsible for not meeting the Court's deadline.

3.       Undersigned counsel apologizes to the Court and Government for any inconvenience caused by the filing of his Motion for Leave to Late File Mr. Constanza-Bran's Suppression Motion and Motion to Join and Adopt.

WHEREFORE, undersigned counsel respectfully requests moves the Court to grant his Motion for Leave to Late file his Motion to Suppress Statements and Motion to Join and Adopt Mr. El Cid Morales's Motion to for a Bill of Particulars.[1]

                                                Respectfully submitted,

                                                A.J. KRAMER
                                                FEDERAL PUBLIC DEFENDER

                                                _____/s/_____
                                                Carlos J. Vanegas
                                                Assistant Federal Public Defender
                                                625 Indiana Avenue, N.W.
                                                Suite 550
                                                Washington, D.C.  20004
                                                (202) 208-7500

---

[1]       The Motion to Suppress and Motion to Join and Adopt is attached as Exhibit 1. The motion was attached at the direction of the ECF help desk.