UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ERIC DONAIRE CONSTANZA-BRAN ) | Criminal No.: 06-248 (JDB) |

**ORDER**

That upon consideration of defendant's Eric Constanza-Bran's Motion to Suppress Statements; it is hereby

**ORDERED** that the Motion to Suppress is GRANTED; and it is

SO ORDERED

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

_____
DATE

Carlos J. Vanegas
Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Paul Laymon, Esq.
Michael Mota, Esq.
U.S. Department of Justice
1400 New York Ave., NW
Washington, D.C. 20530