UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Crim. No. 06-248 (JDB)** |
| : | |
| **ERIK DONAIRE CONSTANZA-BRAN,** : | |
| : | |
| **Defendant.** : | |

# ORDER

Upon consideration of defendant, Erik Donaire Constanza-Bran's, Motion to Strike Co-Defendant's Names from Count Two of the Indictment, it hereby

**ORDERED** that the Motion is **GRANTED**.

THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE

DATE: