UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 06-248 (JDB)** |
| | : | |
| **ERIK DONAIRE CONSTANZA-BRAN,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon consideration of defendant, Erik Donaire Constanza-Bran's, Motion to Sever Count One from the Indictment, it is hereby

**ORDERED** that the Motion is **GRANTED**.

THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT COURT JUDGE

DATE: