UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Crim. No.  06-248 (JDB) |
| : | |
| **ERIK DONAIRE CONSTANZA-BRAN,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF FILING

    Defendant, Erik Constanza-Bran, through undersigned counsel, respectfully submits this Notice of Filing.  On June 20, 2007, and June 22, 2007, counsel for Mr. Constanza-Bran made several discovery-related requests via letter and email.  These letters are attached as exhibits to this notice of filing.  Government counsel received these letters but due to their unavailability a response to these requests has yet to be received.  Counsel for Constanza-Bran believes the government will respond to these requests in the next several days.

    As this Court ordered on May 18, 2007, all motions in limine are due no later than June 25, 2007.  In the event the government does not respond to these requests or the government does not agree to specific discovery requests outlined in these attached letters, a motion to compel may be filed.  Therefore, in light of the good faith efforts of both parties, counsel for Mr. Constanza-Bran hereby requests the opportunity to supplement any other motions in limine filed on his behalf that will relate to his previous discovery requests of the government.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


____/s/_____
Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500