# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____ ) | |
| ) | |
| **UNITED STATES OF AMERICA** ) | |
| ) | **Criminal  No.: 06-248-02(JDB)** |
| **v.** ) | |
| ) | |
| **ERIK DONAIRE CONSTANZA-BRAN** ) | |
| ) | |
| _____) | |

## DEFENDANT'S MOTION FOR A MEDICAL EXAM

Undersigned counsel, for Erik Constanza-Bran, moves the Court to Order the Medical Staff of Central Treatment Facility (CCA), to conduct a full medical examination of the defendant.

As grounds for the Motion undersigned counsel states:

1.      Mr. Constanza-Bran is before the Court charged with Conspiracy to Import Five Kilograms or more of Cocaine into the United States in violation of 21 U.S.C. § 959, § 960.

2.      Mr. Constanza-Bran has been detained in the District of Columbia since his initial appearance in Magistrate Court on September 28, 2006.

3.      Prior to his incarceration Mr. Constanza-Bran had experienced problems with his kidneys that required medication attention and medication.  This took place while he was living in his native country of Guatemala.  On Friday, June 22, 2007 Mr. Constanza-Bran indicated to FPD investigator, Santa Lopez-Jarrin that he has once again to started to feel discomfort in his kidneys.  He also complained that he has been feeling a lot of pain with one of his fingers.  The latter injury took place while he was taken into custody by the El Salvadoran Armed Forces. Immediately, thereafter Mr .Constanza-Bran was transferred to United States custody.

4.    While he has been at the Central Treatment Facility Mr. Constanza-Bran has submitted numerous requests to the CTF administration for an appointment with the health clinic.  Mr. Constanza-Bran's requests have not been answered.  In order to ensure that Mr. Constanza-Bran's medical needs are properly and adequately treated, undersigned counsel is seeking the Court's assistance.  Attached to this Motion is a proposed order requesting that the Central Treatment Facility's medical staff examine Mr. Constanza-Bran.

Wherefore undersigned counsel moves the Court to sign the proposed order requesting that the Medical Staff of the Central Treatment Facility (CCA) examine Mr. Constanza-Bran.

Respectfully submitted,


_____/s/_____
Carlos J. Vanegas
Dani Jahn
Assistant Federal Public Defender
625 Indiana Ave., NW
Washington, D.C. 2004