UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)<br>ERIK DONAIRE CONSTANZA-BRAN )<br>) | Criminal  No.: 06-248-02(JDB) |

### ORDER

Upon consideration of the defendant's Motion for a Medical Examination, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the Medical Staff of the Central Treatment Facility (CCA) examine Erik Constanza-Bran (DCDC: 312 080)

**SO ORDERED**

_____                                                                               _____
DATE                                                                                            JOHN D. BATES
                                                                                                        UNITED STATES DISTRICT JUDGE

Central Treatment Facility (CCA)
Warden's Office & Medical Unit
Fax No. 698-3301
1901 E Street, S.E.
Washington, D.C.  20003

Carlos J. Vanegas, Dani Jahn
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004

Paul W. Laymon, Kia Habisreitinger
Trial Attorneys, Narcotics and Dangerous Drug Section
1400 New York Ave., N.W.
Washington, D.C. 20005