UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No.: 06-248-02 (JDB) |
| | ) | |
| ERIK DONAIRE CONSTANZA- BRAN | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## RESPONSE TO MOTION TO SEVER COUNT ONE

Comes the United States and responds that it agrees with the motion to sever count one from counts two and three.

Defendant Constanza-Bran is not charged in count one, but is charged in counts two and three. It is the government's understanding that the trial commencing on July 9, 2007, will involve only counts two and three.

Respectfully submitted,

_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1286