UNITED STATES DISTRICT COURT
FOR THE DISTRIC OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) Criminal No.: 06-248-02(JDB) |
| v. | ) ) |
| ERIK DONAIRE CONSTANZA – BRAN | ) ) |
| Defendant | ) ) |

**RESPONSE TO MOTION FOR MEDICAL EXAM**

Comes the United States and responds that it does not object to the requested medical exam.

Respectfully submitted,

_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drug Section
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1286