UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ERIK DONAIRE CONSTANZA BRAN,<br>Defendant. | Criminal Action No. 06-248-02 (JDB)<br><br>**FILED**<br>JUL 0 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

On June 25, 2007, defendant Constanza-Bran filed a motion requesting that the medical staff of the Central Treatment Facility provide him with a full physical medical examination. In particular, defendant notes that he suffered from kidney problems prior to his incarceration and that he has recently felt discomfort in his kidney; he has also been experiencing pain in one of his fingers. The Government does not object to the requested medical exam.

Therefore, upon consideration of [53] defendant's motion for a medical examination, and the entire record herein, it is this 5th day of July, 2007, hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that defendant be provided with a full physical medical examination, provided that the scheduling of the examination does not interfere with defendant's need to be present for his trial commencing on July 9, 2007.

**SO ORDERED**.

_____
JOHN D. BATES
United States District Judge