UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ERIK DONAIRE CONSTANZA BRAN,<br>Defendant. | Criminal Action No. 06-248-02 (JDB)<br><br>**FILED**<br>JUL 1 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

**ORDER**

On July 6, 2007, this Court held a status hearing in which defendant Constanza-Bran made an oral motion for substitution of counsel. For the reasons stated in open court on July 6, 2007, it is this <u>10th</u> day of <u>July</u>, 2007, hereby

**ORDERED** that defendant's motion for substitution of counsel is **GRANTED**; it is further

**ORDERED** that Elita C. Amato is hereby designated as counsel for defendant; it is further

**ORDERED** that defendant's trial, previously scheduled to commence on July 9, 2007, is hereby continued until 9:30 a.m. on September 17, 2007; and it is further

**ORDERED** that the interests and ends of justice are best served and outweigh the interests of the public and the defendants in a speedy trial, and pursuant to the provisions of the Speedy Trial Act of 1974, the time from July 6, 2007, to September 17, 2007, shall be excluded in computing the date for speedy trial in this case.

**SO ORDERED**.

_____
JOHN D. BATES
United States District Judge