UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 06-248 (JDB)** |
| **v.** | : | |
| | : | |
| **ERIC CONSTANZA-BRAN** | : | |

**MOTION REQUESTING A SHORT EXTENSION
ON GOVERNMENT'S PRODUCTION OF TRANSCRIPT**

The United States of America, by and through its attorney, the U.S. Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, hereby requests a short extension to the Court's order requiring the Government to produce a copy of the transcript of a portion of video N-12 to defense counsel before close of business Thursday, September 13, 2007.

1.

On September 11, 2207, the Court ordered the Government to produce to defense counsel by close of business on Thursday September 13, 2007, the transcript of the portion of video N-12 which the Government seeks to introduce during its case-in-chief.

2.

The only available translator able to complete the task by the Thursday deadline, lives and works in California. Because of the three hour time delay, although the translator should be able to complete the translation and transcription by close of business Pacific time, the Government is concerned that the completed transcript may not be ready by close of business Eastern time.

3.

The translator has agreed to provided to the Government by 1:00 o'clock Pacific time (4:00 o'clock Eastern time) that portion of the transcript, which had been completed. That portion will be provided to defense counsel by close of business on Thursday. The remainder could be provided to defense counsel the following morning, Friday, September 14, 2007.

Based on the foregoing, the Government requests that the Court modify its order of September 11, 2007, requiring the Government to provide a copy of the transcript of the portion of N-12 the Government intends to use at trial by close of business Thursday, September 13, 2007, to allow the Government to provide that portion of the transcript that is completed by close of business Thursday September 13, 2007, and the remainder the following morning.

Respectfully submitted,

 */s/ Kia M. Habisreitinger*
Kia M. Habisreitinger, Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W.
Washington, D.C.  20005
Phone:  (202) 616-3234
Fax:     (202) 514-0483
E-mail: Kia.Habisreitinger@usdoj.gov

**ORDER**

IT IS HEREBY ORDERED that the Court's order of September 11, 2007, ordering the Government to provide defense counsel a copy of the transcript of Video N-12 before the close of business on Thursday, September 13, 2007, is modified.  The Government is to provide to defense counsel that portion of Video N-12, which is completed by Thursday, and the remainder the following morning.

Signed this _____ day, of September, 2007.

_____
JUDGE JOHN D. BATES

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12TH day of September, 2007, I electronically filed this motion and sent a copy via e-mail to attorney for the defendant, Elita Amato.

*/s/ Kia M. Habisreitinger*
Kia M. Habisreitinger