UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                                     :          Crim. No 06-248(JDB)
v.                                                      :
                                                     :
*ERIK DONAIRE CONSTANZA BRAN*          :

## DEFENDANT'S OPPOSITION TO GOVERNMENT'S EXTENTION OF TIME TO PRODUCE TRANSCRIPTS

**COMES NOW,** Constanza Bran, the defendant, through undersigned counsel, and opposes the government's motion seeking additional time by which to produce transcripts of video N-12.  The government is well aware that the defendant opposes their request and yet the government made no mention of this in their motion.  Additionally, undersigned counsel recalls the court providing until Thursday morning for the production of such evidence rather than the close of business on September 13, 2007, as the government claims.

The government has had more than enough time to determine what evidence they intend to use in this trial and the government has had ample time to prepare their case.  The defendant in this case was arrested in September of last year.  The investigation and this particular piece of evidence, N-12, was produced in June of 2006.  The case against the defendant was originally scheduled for trial in July of this year, some two months ago. Upon information and recollection, the government made representations to this Honorable Court back in July that the government was ready to proceed to trial in this case.  Clearly that was inaccurate as the government is now scrambling to prepare itself for trial, sending recordings to California.

Defense counsel on the other hand, gave her word to the court that she would be ready to proceed to trial in this case and continues to hold that posture.  However, to now

drop more evidence on counsel after prior representations of what recordings the government would introduce which did not include N-12 on the eve of trial to counsel is blatantly unfair and is beyond the time frame by which discovery should have been turned over and counsel will not have sufficient time to adequately review this additional evidence.  Counsel will not only have to review the tape and compare the recording to the Spanish transcript which was never provided to undersigned counsel but she will also have to then compare the Spanish words to the English words.  Counsel has tried to arrange her schedule so as to have time to properly and fully prepare for this trial for which the defendant is potentially facing a lengthy sentence.  However, this additional information was unanticipated.  Counsel could easily have reviewed the evidence last weekend had it been produced then.   With this additional evidence, counsel is verging on not being able to properly prepare for trial by September 17, 2007.  For the government to now to seek to continue to delay the turning over of evidence only increases counsel's problem of preparation.  The additional evidence may require changes in strategy.  It is the government who should bear the prejudice on this matter not the defendant.

Respectfully submitted,

/s/

Elita C. Amato, Esq.
DC Bar # 442797
2009 N.Fourteenth Street,
Suite 708
Arlington, VA  22201
(703) 522-5900

CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on September 12, 2007, causing service electronically on all parties in this case.

**/s/**
_____
Elita C. Amato, Esq.

2