UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | **Case No. 06-248-02 (JDB)** |
| *v*. | : | |
| | : | |
| **ERIK CONSTANZA BRAN** | : | |

## ORDER

Upon consideration of Defendant Constanza Bran's opposition to government's extension of time to produce transcripts, the government's motion and the full record, it is this _____ day of _____, 2007, hereby;

**ORDERED** that the government's motion is denied.

    **SO ORDERED**


Date:

_____
 JOHN D. BATES
 UNITED STATES DISTRICT JUDGE