UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 06-248(JDB) |
| v. : | |
| : | |
| *ERIK DONAIRE CONSTANZA BRAN* : | |

### **DEFENDANT'S CORRECTION TO INITIALLY PROPOSED JURY INSTRUCTIONS**

***JURY INSTRUCTIONS***

Mr. Constanza Bran, through undersigned counsel, has determined that there is an error in the initial jury instructions provided by prior counsel. The Instruction on Charged Offense should not contain language regarding the necessity of a conspirator to have committed an overt act. No overt act is necessary for a jury to find a defendant guilty of a drug conspiracy and thus Mr. Constanza Bran seeks to omit that language from the instruction. Undersigned counsel waited to speak with prior counsel for the defendant before moving to delete this particular language.

Respectfully submitted,

/s/

Elita C. Amato, Esq.
DC Bar # 442797
2009 N.Fourteenth Street,
Suite 708
Arlington, VA  22201
(703) 522-5900

CERTIFICATE OF SERVICE

I **CERTIFY** that the above motion was filed electronically on September 13, 2007, causing service electronically on all parties in this case.                    **/s/**

Elita C. Amato, Esq.