UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

UNITED STATES                              *

v.                                         *        Criminal No. 06-248 (JDB)

ERIK DONAIRE CONSTANZA- BRAN               *


RESPONSE TO DEFENDANT'S SUPPLEMENTAL PROPOSED VOIR DIRE QUESTIONS AND ADDITIONAL OBJECTIONS TO GOVERNMENT'S PROPOSED JURY INSTRUCTIONS AND RESPONSE TO DEFENDANT'S CORRECTION TO INITIALLY PROPOSED JURY INSTRUCTIONS

   Comes the United States through Kenneth A. Blanco, Chief, Narcotic and Dangerous Drug Section, Department of Justice, and Paul W. Laymon and Kia Habisreitinger, Trial Attorneys, Narcotic and Dangerous Drug Section, and responds to the motions filed in regard to voir dire and jury instructions.

   The government concurs with the defendant's correction to initially proposed jury instructions.  The government concurs with defendant's voir dire requests reflected at numbers four and twenty four of the defendant's voir dire request.  The government disagrees with the objections to the government's proposed jury questions and disagrees with the defendant's objections to the government's previously file jury instructions.  The government continues to rely on its proposed voir dire questions and jury instructions.

   The government would offer the following comments to the defendant's supplement objecting to the government's  proposed jury questions and instructions.  In this case, the transcripts of the recorded meetings and telephone calls should be admitted as substantive

evidence, not just marked for identification and given to the jury as aids. United States v. Holton, 116 F.3d 1536, 1542 (D.C.Cir. 1997). Here, the recordings are in Spanish and would make little sense to most jurors without the transcript. Where the recorded conversation is conducted in a foreign language, an English language transcript may be submitted to permit the jury to understand and evaluate the evidence. See for example, United States v. Ben-Shimon, 249 F.3d 98,101 (2d Cir. 2001) and United States v. Font-Ramirez, 944 F.2d 42, 49 (1st Cir. 1991).

Respectfully submitted,

\_\_\_\_/s/ Paul Laymon_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drugs
Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Phone     202-514-1286
Facsimile  202-514-1483

CERTIFICATE OF SERVICE

I certify that a copy of this response was sent via e-mail to defense counsel this 14th day of September 2007.

\_\_/s/ Paul Laymon_____
Paul W. Laymon