UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No 06-248(JDB) |
| v. | : | |
| | : | |
| *ERIK DONAIRE CONSTANZA BRAN* | : | |

OPPOSITION TO THE GOVERNMENT'S
MOTION TO PERMIT WITNESS TO TESTIFY BY USE OF PSEUDONYM

***COMES NOW***, Constanza Bran, the defendant through undersigned counsel, and opposes the government's motion to permit their confidential informant testify using a pseudonym. The "cat is out of the bag" so to speak. The government rightfully reveals that they have already advised the defendant of the informants "true identity." Nor were there any accompanying instructions to preclude use of the true name of the informant for investigative purposes. Therefore, to now claim there is a security issue without further substantiation is not an enough of a basis for the government's request. Additionally, use of a pseudonym may preclude defense impeachment of the witness.

Respectfully submitted,

/s/

Elita C. Amato, Esq.
DC Bar # 442797
2009 N.Fourteenth Street, Suite 708
Arlington, VA 22201
(703) 522-5900

CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on September 18, 2007, causing service electronically on all parties in this case.

**/s/**
_____
Elita C. Amato, Esq.