UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ERIK DONAIRE CONSTANZA BRAN,<br>Defendant. | Criminal Action No. 06-248-02 (JDB)<br><br>FILED<br>SEP 2 0 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

Upon consideration of [75] defendant's motion in limine; [79] government's designation of case agent and request to allow government to recall case agent in its case-in-chief; [82] government's notice of intent regarding additional evidence; [83] government's motion to permit witness to testify by use of pseudonym; the oppositions and replies thereto; the arguments and representations of counsel at the hearing held on September 19, 2007; and for the reasons stated in open court, it is this 20th day of September, 2007, hereby

**ORDERED** that defendant's motion in limine is **DENIED IN PART** and **HELD IN ABEYANCE** in part; it is further

**ORDERED** that the government may call its two proposed expert witnesses, but the Court will not preclude defendant from objecting to any cumulative testimony presented by the government's second expert witness; it is further

**ORDERED** that the government has satisfied the prerequisites of Fed. R. Evid. 801(d)(2)(E) to admit statements made by defendant's co-defendants in the government's

1

exhibits, but the Court will not preclude defendant from interposing timely objections to specific statements made by government informants; it is further

**ORDERED** that defendant's objection to the government calling Mr. Bonifacio Salvadore Deleon as a rebuttal witness is **HELD IN ABEYANCE**; it is further

**ORDERED** that the government's designation of case agent and request to allow government to recall case agent in its case-in-chief is **GRANTED**; it is further

**ORDERED** that Special Agent Stephen Fraga may be recalled for the limited purpose of testifying about defendant's arrest and matters subsequent to that event; it is further

**ORDERED** that Special Agent Stephen Fraga will be excluded from the Courtroom during Special Agent Jason Sandoval's testimony on any areas that may overlap with the testimony of Special Agent Fraga; it is further

**ORDERED** that, with respect to the government's notice of intent regarding additional evidence, the government's evidence is admissible under Fed. R. Evid. 404(b) and 403, but defendant is entitled to a limiting instruction; and it is further

**ORDERED** that the government's motion to permit witness to testify by use of pseudonym is **GRANTED** subject to defendant maintaining the ability to fairly and effectively cross examine the witness.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Date: September 20, 2007