UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

| | | |
|---|---|---|
| UNITED STATES | * | |
| v. | * | Criminal No. 06-248 (JDB) |
| AGUSTIN ALVARO MEJIA<br>JUAN DEL CID MORALES | * | |

MOTION IN REGARDS TO EXPERT TESTIMONY

Comes the United States through Kenneth A. Blanco, Chief, Narcotic and Dangerous Drug Section, Department of Justice, and Paul W. Laymon, Kia Habisreitinger, and Brian Tomney, Trial Attorneys, Narcotic and Dangerous Drug Section, and puts defendants on notice of its intent to call expert witnesses.

DEA SA Mike Johnson has been with the DEA for 14 years. He graduated from the University of Colorado, then joined the DEA. He served in the DEA office in Denver and then completed the DEA's intensive language school (Spanish). He then served for six years in the DEA office in Guatemala City, Guatemala, from 2001 to June 2007. Since June 2007 he has been assigned to the DEA office in San Juan, Puerto Rico. His duties during his six years in Guatemala included assisting agents in the United States with cases connected to Guatemala and serving as a liaison to Guatemalan law enforcement. He developed and interviewed informants and sources of information, and worked on many cocaine cases. The cocaine cases he worked typically involved Colombian cocaine transiting Guatemala on its way to the United States.

DEA SA Johnson will be offered as an expert in the production, processing, distribution, and transportation of cocaine from South American, especially Colombia. He testified last week in the trial of codefendant Erik Constanza Bran, and his testimony is hereby incorporated herein. (A copy of that testimony has been sent to defense counsel.) In short, he will testify that cocaine is grown in South American and he will briefly describe the process by which cocaine is made. He will testify as to how cocaine is imported into the United States by Colombian Drug Trafficking Organizations in partnership with Mexican transportation organizations. In particular, he will testify about Guatemala's role in this trafficking, that is, that as Mexico and the United States have increased interdiction efforts, Colombian traffickers are transporting their cocaine through Guatemala to the border with Mexico. He will also testify about the profit potential in importing cocaine through Guatemala to the United States, that is, that cocaine purchased for $500 a kilogram in Colombia might sell for $6000 to $7000 in Guatemala, and upwards of $20,000 and more in the US.

Officer Fernando Carrillo Garcia is a police officer with SAIA, Guatemala's federal drug investigation agency. He presently serves as the chief of the intelligence analysis section and has served in that position for nine months. Prior to that he served as a narcotics officer in ports in Guatemala and on the border with Mexico, and generally as a narcotics officer. He has served as a police officer in Guatemala for approximately 17 years. During that time, he has investigated many cocaine cases and has become familiar with the ways in which Colombian cocaine traffickers smuggle cocaine into Guatemala for transhipment to the US. He has also become familiar with cocaine consumption in Guatemala. He also testified this week in the trial of Erik Constanza Bran and his testimony is incorporated herein. In brief, he will testify that Guatemala is a poor country and that there is relatively little cocaine consumption among the

vast majority of people there.  A load of 1300 kilograms would not stay in Guatemala and would be destined for the United States, typically by being transported to the border with Mexico and then on to the United States.  Colombian drug traffickers use Guatemala as a transhipment point because Guatemala does not have the resources to combat all the cocaine and because the border is not well patrolled by law enforcement.  The border with Mexico covers flat farm land, forests, jungle, rain forests, and mountains, and is dominated by ex-police officers and bandits who work with the traffickers.

      The United States will also call Elena Delpin-Lund, a Spanish translator who will testify that the transcripts of the recorded phone calls and meetings which the government seeks to introduce are accurately translated.  (She will not be asked to identify voices or to verify the accuracy of voice identification.)  She has been a professional translator for 20 years.  She is a certified Minnesota state court interpreter.  She has a Bachelor in Science of Languages (BSLA) from Georgetown University in 1983 and is a fluent Spanish speaker.

      Respectfully submitted,

___/s/_____
Kia Habisreitinger
Paul W. Laymon
Brian Tomney
Trial Attorneys
Narcotic and Dangerous Drugs
Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Phone     202-514-1286
Facsimile  202-514-1483

CERTIFICATE OF SERVICE

I certify that a copy of this response was sent via e-mail to defense counsel 29 September 07.

___/s/_____
Paul W. Laymon