UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ERIK DONAIRE CONSTANZA BRAN,<br><br>Defendant. | Criminal Action No. 06-248-02 (JDB)<br><br>**FILED**<br>SEP 2 6 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

In the course of today's trial proceedings, the defendant has notified the Court that he has not regularly received his prescription medications at the D.C. Correctional Treatment Facility ("CTF"), including at least one antidepressant, since the time that trial has commenced. The Court does not have details on frequency and dosage, but it appears that some medications are appropriate for the morning, evening, or both. Upon consideration of defendant's request for an order ensuring that CTF provide defendant his prescription medication, it is hereby

**ORDERED** that defendant's request is **GRANTED**; it is further

**ORDERED** that CTF, including but not limited to the responsible medical personnel, shall forthwith, on a daily basis, ensure that defendant Erik Donaire Constanza Bran (DCDC No. 312080; Reg. No. 28795-016) has the opportunity (and is able) to take medications for which he has a prescription, including both in the morning and in the evening; it is further

**ORDERED** that the schedule for providing such medications shall accommodate the trial schedule of this case; and it is further

**ORDERED** that nothing in this Order shall be construed as allowing defendant to take more than the prescribed dosage or frequency of his medication.

/s/ John D. Bates
―――――――――――――――――
JOHN D. BATES
United States District Judge

Date:  September 26, 2007