# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Criminal Action 06-248

ERIK CONSTANZA -BRAN

Defendant

**FILED**
OCT 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

Can we get "post it" Notes or Tabs

01-OCT
DATE

11:98
TIME

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                      Criminal Action 06-248

ERIK CONSTANZA -BRAN

Defendant

FILED

OCT 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Jury Note**

May we see Agent Fraga's interview notes from the airplane?

01-Oct 07
DATE

FOREPERSON

1:20
TIME