UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

ERIK DONAIRE CONSTANZA BRAN,

Defendant.

Criminal Action No. 06-248 (JDB)

### RESPONSE TO JURY NOTE

Your note asks the following question: "May we see Agent Fraga's interview notes from the airplane?"

The referenced notes are not in evidence. Only exhibits admitted into evidence are provided to the jury. I remind you of the instruction that exhibits, as to which I have sustained an objection, or which I ordered stricken, are not evidence and you must not consider them in your deliberations.

_____
JOHN D. BATES
United States District Judge

Dated: __October 1, 2007__