UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                  Criminal Action 06-248

**ERIK CONSTANZA -BRAN**

Defendant

**Jury Note**

May we get some push pins?

_02-OCT-07_
DATE

_____
FOREPERSON

_12:00_
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.    Criminal Action 06-248

**ERIK CONSTANZA -BRAN**

      Defendant

FILED
OCT 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Jury Note

May we have equipment to view the CD marked gov't exhibit 20.

_02-OCT-07_
DATE

_4:16_
TIME

FOREPERSON