UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIK DONAIRE CONSTANZA BRAN,<br><br>Defendant. | Criminal Action No. 06-248 (JDB) |

### RESPONSE TO JURY NOTE OF OCTOBER 3, 2007, at 4:10 PM

You have asked, in reference to Defendant's Exhibit 19: "It appears that a home address has been left on this form -- is this ok?"

The exhibit is in evidence in its entirety except for the redacted name. You need not be concerned about the home address appearing on the form.

_____
JOHN D. BATES
United States District Judge

Dated:   October 3, 2007