UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIK DONAIRE CONSTANZA BRAN,<br><br>Defendant. | Criminal Action No. 06-248 (JDB)<br><br>**FILED**<br>OCT 0 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### RESPONSE TO JURY NOTE OF OCTOBER 5, 2007, at 9:45 AM

Your note asks the following question: "May we get a transcript of Agent Fraga's & Agent Sandoval's testimony during the latter part of the trial. -- Agent Fraga's 2nd testimony."

As you have been instructed earlier, you should rely on your own memory of all the testimony you have heard, and your recollection controls. Transcripts of testimony will not be provided to the jury. With that in mind, you should now continue your deliberations.

_____
JOHN D. BATES
United States District Judge

Dated:  October 5, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

ERIK DONAIRE CONSTANZA BRAN,

Defendant.

Criminal Action No. 06-248 (JDB)

**FILED**

**OCT 0 5 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RESPONSE TO JURY NOTE OF OCTOBER 5, 2007, at 2:10 PM

Your note states the following: "Some feel that the wording on the verdict form is unclear. Does '. . . intending or knowing . . .' apply to both the import & manufacturer and distribute elements or to the manufacture and distribute element alone?"

I refer you to the instruction titled "Verdict Form Explanation" on page 56, and remind you that: "The form is not evidence in this case, and nothing in it should be taken to suggest or convey any opinion by me as to what the verdict should be. Nothing in the form replaces the instructions of law I have already given you, and nothing in it replaces or modifies the instructions about the essential elements which the government must prove beyond a reasonable doubt. The form is meant only to assist you in recording your verdict."

_____
JOHN D. BATES
United States District Judge

Dated:  October 5, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIK DONAIRE CONSTANZA BRAN,<br><br>Defendant. | Criminal Action No. 06-248 (JDB)<br><br>**FILED**<br>OCT 0 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### RESPONSE TO JURY NOTE OF OCTOBER 5, 2007, at 4:06 PM

Your note states the following: "In the first paragraph of page 41 there is the phrase '. . . , intending and knowing . . .' Does this phrase apply to the element of importation as well as the element of ' . . . manufacture or distribute . . .'" Your reference is to the summary on page 41 of the conspiracy instruction.

I remind you of my previous clarification that the statutes under which the defendant is charged require, among other elements, that the defendant conspire to knowingly or intentionally import cocaine, or conspire to manufacture or distribute cocaine, intending or knowing that it would be unlawfully imported into the United States.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated:  October 5, 2007