# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                                                    Criminal Action 06-248

ERIK CONSTANZA -BRAN

**FILED**

**OCT 1 0 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant

## Jury Note

The Jury CANNOT come to a unanimous verdict.

10 OCT 07
DATE

FOREPERSON

TIME