# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                    **Criminal Action 06-248**

**ERIK CONSTANZA -BRAN**

**Defendant**

## Jury Note

We have someone that would like to see the nurse

04-OCT-07
DATE

10:28
TIME

_____
FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                    **Criminal Action 06-248**

**ERIK CONSTANZA -BRAN**

       **Defendant**

## Jury Note

if A Conspiracy is found to be Limited to the transportation of Drugs through Guatemala & that the defendant either did not know for certain or did not care what the final destination of the drugs was to be, has the alleged crime been committed?

_____

_____

04 OCT '07
DATE

_____
FOREPERSON

_____
TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

UNITED STATES OF AMERICA

OCT 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                        **Criminal Action 06-248**

**ERIK CONSTANZA -BRAN**

                    **Defendant**

## Jury Note

IF THE ALLEGED Conspiracy was Committed, but
WITH NO intent to ACTUALLy follow through WITH
particiption in THE TRANSPORT & delivery,
was THE Conspiracy illegal?

04-OCT-07
DATE

FOREPERSON

TIME

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

v.                                                          **Criminal Action 06-248**

**ERIK CONSTANZA -BRAN**

        **Defendant**

## Jury Note

_May one person (#1270) buy A lunch down stairs ?_

_04-OCT-07_
DATE

_12:00_
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FILED

OCT 0 4 2007

UNITED STATES OF AMERICA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

v.                                          Criminal Action 06-248

ERIK CONSTANZA -BRAN

        Defendant

## Jury Note

MAY WE GET 9 Additional Copies of the Jury instructions, & more of THESE forms.

Thanks

04-OCT-07
DATE

11:12
TIME

FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                        **Criminal Action 06-248**

**FILED**

OCT 0 4 2007

ERIK CONSTANZA -BRAN

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

              Defendant

## Jury Note

ON PAGE 38 OF your instructions you STATE
"...hAVE KnowN "OR" intENDED..."
on page 36 you STATE "...cocaine, intENDing "AND"
Knowing that..." THESE SEEm TO BE IN Conflict.
ARE BOTH intEnT & Knowledge REQuiRED?

04-OCT-07
DATE

3:46
TIME

                                        FOREPERSON