UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.                                    Criminal Action 06-248

ERIK CONSTANZA -BRAN

   Defendant

## Jury Note

Can a tech isolate the portion of video covered under tab 11 page 18-22

03-OCT-07
DATE

2:55
TIME

FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.   Criminal Action 06-248

ERIK CONSTANZA -BRAN

Defendant

## Jury Note

it Appears that a home address has been left on this form – is this OK?

FILED
OCT 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

03-OCT-07
DATE

4:10
TIME

FOREPERSON