IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 06-248(JDB) |
| v. : | |
| : | |
| ERIK DONAIRE CONSTANZA BRAN : | |

### DEFENDANT'S UNOPPOSED MOTION TO BEGIN TRIAL

*COMES NOW,* Constanza Bran, the defendant, through undersigned counsel, and moves this Honorable Court postpone the commencement of trial from March 10, 2008 to March 12, 2008, or thereafter. The following is in support of said request:

1.Undersigned has been ill since Saturday, March 1, 2008. This is the second time in less than one month that she has fallen ill. Because of this, she has been unable to prepare for the upcoming trial. Yesterday, March 5, 2008, undersigned stayed home from work the whole day.[1] Putting the start day of the trial back two days will provide undersigned the time to review and prepare for the upcoming trial. Hopefully, as well, at that point her energy levels will be back so that she can respond to the formidable prosecution team in this case. Pursuant to the Sixth Amendment, Mr. Constanza-Bran has the right to the assistance of counsel. Undersigned will not be able to provide him that assistance if the trial is not postponed by two days.

2.Additionally, undersigned would like to have an opportunity to discuss with the government a plea offer and review any such plea offer with the defendant in this case taking into account the recent outcome in the Mejia case. At this juncture, undersigned has reached out to the government and is awaiting the government's offer.

3.Government counsel does not oppose this motion but asks that we work around the schedule of their informant. The informant will not be available on Friday 14,

2008.  He will be available again on Monday March 17, 2008.

*WHEREFORE*, for the foregoing reasons, and any others this Court deems relevant, Mr. Constanza Bran moves to postpone the commencement of trial from March 10, 2007 to March 12, 2007, or thereafter.

Respectfully submitted,

Elita C. Amato, Esq.
DC Bar # 442797
2009 N. Fourteenth Street., Suite 708
Arlington, VA  22201
(703) 522-5900

CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on March 6, 2008, causing service electronically upon on all parties in this case.

/s/
_____
Elita C. Amato

---

[1] This is the first time she has taken off a full sick day since falling ill with strep throat December 2006.

2