UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLOMBIA

UNITED STATES                             *

v.                                        *        Criminal No. 06-248 (JDB)

ERIK DONAIRE CONSTANZA- BRAN              *

RESPONSE TO DEFENDANT'S MOTION FOR SHORT POSTPONEMENT

Comes the United States through Kenneth A. Blanco, Chief, Narcotic and Dangerous Drug Section, Department of Justice, and Paul W. Laymon, Kia Habisreitinger, and Brian Tomney, Trial Attorneys, Narcotic and Dangerous Drug Section, and responds to the motion for a short postponement.

The government does not object to defense counsel's request for a short postponement. After speaking with counsel yesterday, it was readily apparent that counsel has the flu and is not feeling well. The government would be prepared to begin jury selection on Wednesday, March 12, if counsel's motion was granted, and could present its first three witnesses on Thursday, March 13, 2008. The government had indicated to defense counsel yesterday that the fourth witness, the confidential informant, would not be available to testify on Friday, March 14, but now the government has determined that the informant also would not be available to testify on the afternoon of Thursday, March 13. Thus, while the informant would not be available on Thursday afternoon or Friday, the informant would be able to return on Monday, March 17 to begin his testimony.

The government is willing to resume plea negotiations with the defendant, and it is possible, in light of the verdict involving codefendant Alvaro Mejia, that the sides could enter into a plea agreement.

Respectfully submitted,

__/s/_____
Paul W. Laymon
Trial Attorney
Narcotic and Dangerous Drugs
Department of Justice
1400 New York Avenue NW
Washington, DC 20005
Phone    202-514-1286
Facsimile  202-514-1483
Email paul.laymon@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a copy of this response was sent via e-mail to defense counsel on 6 March 08.

_____
Paul W. Laymon