IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 06-248(JDB) |
| v. : | |
| : | |
| ERIK DONAIRE CONSTANZA BRAN : | |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING AND FOR ADDITIONAL TIME TO RESPOND TO PSR

*COMES NOW,* Constanza Bran, the defendant, through undersigned counsel, and moves this Honorable Court continue the sentencing hearing currently scheduled for May 30, 2008, and requests additional time to respond to the pre-sentence report. The following is in support of said request:

1.      The preliminary pre-sentence report for Mr. Constanza-Bran was available for pick up earlier this week. Undersigned obtained a copy of the report. The date by which any disputes are to be submitted to the pre-sentence report writer is May 9, 2008. As the defendant has requested that the pre-sentence report be translated into Spanish, his native tongue, the May 9, 2008, date is not viable, and additional time is requested by which to respond with any disputes. Undersigned requests she be given until May 30, 2008, to review the initial report with Mr. Constanza-Bran and to provide any written responses to probation regarding the report.

2.      Additionally, based on the above request for more time to review the pre-sentence report, the defendant requests his sentencing hearing be rescheduled to a date amenable to all parties during the later part of June.[1]

3.      Undersigned has spoken with government counsel, Paul Laymon, regarding both requests. He opposes neither.

---

[1] Having this additional time will also provide undersigned greater opportunity to address certain concerns

**WHEREFORE**, for the foregoing reasons, and any others this Court deems relevant, Mr. Constanza Bran moves to continue his sentencing date of May 30, 2008, to a date amenable to all parties at the end of June, and to be granted until May 30, 2008, to respond to the initial pre-sentence report.

Respectfully submitted,

Elita C. Amato, Esq.
DC Bar # 442797
2009 N. Fourteenth Street., Suite 708
Arlington, VA  22201
(703) 522-5900

CERTIFICATE OF SERVICE

**I CERTIFY** that the above motion was filed electronically on April 30, 2008, causing service electronically upon on all parties in this case.

/s/
_____
Elita C. Amato

---

which the defendant has recently raised with her regarding his case.

2