UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| | : Case No. 06-248-02 (JDB) |
| *v.* | : |
| | : |
| **ERIK CONSTANZA BRAN** | : |

# ORDER

Upon consideration of Defendant Constanza Bran's unopposed motion to continue the sentencing hearing and for additional time to respond to the pre-sentence report, there being no opposition, it is this _____ day of _____, 2008, hereby;

**ORDERED** that all parties will have until May 30, 2008, to respond to the pre-sentence report; it is further

**ORDERED** that the sentencing hearing currently scheduled for May 30, 2008, shall be continued to a date to be scheduled with the parties.

    **SO ORDERED**

Date:

    _____
    JOHN D. BATES
    UNITED STATES DISTRICT JUDGE