UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          *

v.                                *     Criminal No. 06-248 (JDB)

ERIK DONAIRE CONSTANZA- BRAN      *

**GOVERNMENT'S JOINT MOTION TO CONTINUE SENTENCING**

Comes the United States of America through Wayne Raabe, Chief, Narcotic and Dangerous Drug Section, U.S. Department of Justice, Paul W. Laymon, Trial Attorney, Narcotic and Dangerous Drug Section, hereby respectfully requests that this Honorable Court continue the sentencing in this case, which is currently scheduled for July 16, 2008. Defendant Bran joins in this request. In support of this motion:

1. Counsel require additional time to adequately prepare for sentencing due to trial and other scheduled commitments.

2. The parties respectfully request that the Court reset the sentencing for August 18, 2008 or August 19, 2008 or another time convenient for the Court.

3. Based upon the plea agreement the parties see no prejudice to the defendant as a result of this requested continuance.

**WHEREFORE**, the Government, joined by Mr. Bran, respectfully requests that this Honorable Court continue the sentencing to August 18, 2008, or August 19, 2008.

        Respectfully submitted,

            /s
        Paul W. Laymon
        Trial Attorney
        Narcotic and Dangerous Drugs
        Department of Justice
        1400 New York Avenue NW
        Washington, DC 20005
        Phone    202-514-1286
        Facsimile  202-514-1483
        paul.laymon@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing **GOVERNMENT'S MOTION TO CONTINUE SENTENCING** was sent via electronic filing this 7th day of July, 2008 to the parties.

            /s
        Paul W. Laymon

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**          *

v.                                    *          Criminal No. 06-248 (JDB)

**ERIK DONAIRE CONSTANZA- BRAN**      *

**ORDER**

Upon consideration of the Government's Joint Motion to Continue Sentencing, good cause having been shown, it is the _____ day of _____, 2008, by the United States District Court for the District of Columbia:

ORDERED:

1. That the Joint Motion to Continue Sentencing be, and the same hereby is, **GRANTED**;

2. That the sentencing of Erik Donaire Constanza-Bran be, and the same hereby is **RESCHEDULED** to the _____ day of _____, 2008, at _____.

_____
**HONORABLE JOHN D. BATES**
**UNITED STATES DISTRICT JUDGE**