UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | Case No. 06-248-02 (JDB) |
| *v*. | : | |
| | : | |
| **ERIK CONSTANZA BRAN** | : | |

## ORDER

Upon consideration of Defendant Constanza Bran's Motion Requesting the Plea Agreement Not be Accepted, and any opposition, it is this _____ day of _____, 2008, hereby;

**ORDERED** that Constanza Bran's motion is granted

    **SO ORDERED**

Date:

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE