```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,      .
                               .
         Plaintiff,            .
                               .  CR No. 06-0248-02 (JDB)
     v.                        .
                               .
ERIK DONAIRE CONSTANZA BRAN,   .  Washington, D.C.
                               .  Tuesday, March 11, 2008
         Defendant.            .  2:37 p.m.
                               .
. . . . . . . . . . . . . . . .


                        PLEA HEARING
            BEFORE THE HONORABLE JOHN D. BATES
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:        PAUL W. LAYMON, ESQ.
                           KIA M. HABISREITINGER, ESQ.
                           U.S. Department of Justice
                           1400 New York Avenue, NW
                           Suite 8414
                           Washington, D.C. 20005
                           202-514-1286

For the Defendant:         ELITA C. AMATO, ESQ.
                           2009 N. Fourteenth Street
                           Suite 708
                           Arlington, Virginia 22201
                           703-522-5900

Court Reporter:            BRYAN A. WAYNE, RPR, CRR
                           Official Court Reporter
                           U.S. Courthouse, Room 6714
                           333 Constitution Avenue, NW
                           Washington, D.C. 20001
                           202-354-3186


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

1  of United States v. Erik Constanza Bran, which is criminal No.
2  06-248-01 in this court, that the defendant, Erik Constanza
3  Bran, is fully competent and capable of making a decision today
4  and entering an informed plea, that he understands the nature of
5  the charges and the consequences of what he is doing, and that
6  he is acting voluntarily and of his own free will, and that
7  there is an adequate factual basis for his plea.
8      Therefore, the plea of guilty is accepted, and I find you
9  guilty as charged in that portion of Count 1 of the superseding
10 indictment, and specifically that is conspiracy to distribute 5
11 kilograms or more of cocaine, knowing and intending that it
12 would be unlawfully imported into the United States.
13     Now, what this means, as I explained earlier, is that I
14 have accepted the plea of guilty and you have been found guilty,
15 but I will consider the plea agreement and the agreed-upon
16 sentence at the sentencing hearing that I am about to schedule.
17 And as I explained, a presentence investigation will be
18 conducted and a report prepared by the probation office to
19 assist me in sentencing.
20     You'll be interviewed by the probation office, and you're
21 required to give truthful information for the report.  Your
22 attorney may be present with you if you wish, and that's
23 generally a good idea.  You and your attorney will be permitted
24 to read the presentence report before the sentencing hearing and
25 make any objections to errors that you believe are in the

1   MS. AMATO: Fine.

2   THE COURT: Mr. Laymon, will that work?

3   MR. LAYMON: That's fine, Judge. Thank you.

4   THE COURT: So sentencing will be on Friday, May 30, 2008, at 11 a.m. And if there are any memoranda that either side wishes to submit to the Court, if you could get them in a couple of days in advance of that, I would appreciate it.

8   MS. AMATO: Your Honor, just so I'm clear, you will make the determination of whether or not to accept the plea agreement at the sentencing hearing, not before that?

11  THE COURT: That is correct. That is the process that I think has to be followed under Rule 11(c)(1)(C) and is traditionally followed. Even though I have at this time accepted the plea of guilty, he will have a chance -- if I don't accept the plea agreement and specifically the agreed-upon sentence, then Mr. Constanza Bran will have a chance to withdraw his guilty plea.

I have no reason to believe that I won't accept it, but I can't decide that till after I see all the relevant materials, including the presentence investigation report.

All right? Friday, May 30, 11 a.m. is our sentencing, and sentencing memos will be submitted certainly by that Tuesday before the 30th. All right?

Now, Ms. Amato, you're certainly familiar with the drill in this court. You need to stop by the probation office today in