IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No 06-248(JDB) |
| v. : | |
| : | |
| ERIK DONAIRE CONSTANZA BRAN : | |

## NOTICE OF FILING

**COMES NOW** Erik Donaire Constanza Bran, the Defendant, by and through undersigned counsel, and hereby requests that the following attached documents be filed as part of the court record in this case.

Documents:

(1) correspondence from Pauline Sobel;

(2) correspondence from Peter J. Ortiz (Assistant Chaplain, CCA/CTF);

(3) certificate of The State Superintendent of Education (GED);

(4) correspondence from Blanca Bran (Client's mother);

(5) correspondence from Victor Rodriguez (friend, inmate)

(6) correspondence from Rony Constanza (client's brother).

Respectfully submitted,

_____
Elita C. Amato
2009 N. Fourteenth Street,
Suite 708
Arlington, VA  22201
703.522.5900

703.522.1250 fax.

CERTIFICATE OF SERVICE

    I hereby certify that this notice was filed electronically thereby being served electronically upon all parties.

                                                                             _____
                                                                                Elita C. Amato