Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 06-248-02 JDB
)
ERIK CONSTANZA-BRAN )

## NOTICE OF APPEAL

Name and address of appellant: ERIK CONSTANZA-BRAN (incarcerated)

**FILED**
AUG 2 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant's attorney: ELITA C. AMATO
2009 N. Fourteenth
Suite
Arlington, VA 22201

Offense: importation of drugs

Concise statement of judgment or order, giving date, and any sentence:
sentence of 144 months
judgment filed 8-21-08

Name and institution where now confined, if not on bail: CTF/CCA

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

8/26/08
DATE

ERIK CONSTANZA-BRAN
APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [X]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?                          YES [X]   NO [ ]
Has counsel ordered transcripts?                                YES [ ]   NO [X]
Is this appeal pursuant to the 1984 Sentencing Reform Act?      YES [X]   NO [ ]